MINUTE ENTRY
ROBY, M.J.
JANUARY 14, 2020



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                      NO. 19-175

TAURUS RUSSELL                              SECTION E

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT  (CJA) ROBERT TOALE _____
             X  ASSISTANT U.S. ATTORNEY  BRITTANY REED _____
             __ INTERPRETER _____ SWORN _____
                  (TIME:        .M to        .M)

X / READING OF THE REDACTED SUPERSEDING INDICTMENT: READ (WAIVED)
SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO
    THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE
    DISTRICT JUDGE.

X DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **MARCH 11, 2020 AT 10:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

X / TRIAL: **APRIL 6, 2020 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

MJSTAR: 00: 02